IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20415
Summary Calendar
_____

KENNARD LAZENBY,

Plaintiff-Appellant,

versus

WILTEL COMMUNICATION, doing business as
Williams Communications Solutions,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 99-CV-3435
--------------------
February 22, 2002

Before DAVIS, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Kennard Lazenby appeals from an adverse summary judgment disposing of his race discrimination claims. After *de novo* review of the briefs and summary judgment evidence, we affirm essentially for the reasons set forth in the memorandum and recommendation of the magistrate judge which was approved and adopted by the district court. The judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.